IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICARDO NATIVIDAD,                      :   Honorable C. Darnell Jones, II
                                        :
              Plaintiff                 :
                                        :
       v.                               :   No. 21-4754
                                        :
JOHN WETZEL, et al.,                    :
                                        :
              Defendants                :

## ORDER

AND NOW, this 9th day of      March , 2022, upon consideration of
Defendants' third motion for an extension of time, it is hereby ordered that the
motion is granted. Defendants' obligation to respond to Plaintiff's complaint is
extended pending resolution of the Defendants' motions to consolidate cases.

                                BY THE COURT:


                                /s/ C. Darnell Jones, II
                                _____
                                                              J.