# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICARDO NATIVIDAD, | : |
| | :  21-cv-4754-JMY |
| vs. | : |
| | : |
| JOHN E. WETZEL, et al. | : |

## ORDER FOR JOINT STATUS REPORT

**AND NOW**, this 27th day of March, 2023, this action having been re-assigned to the undersigned, it is **ORDERED** that within twenty (20) days of this Order being entered on the docket, all Parties shall file via ECF a Joint Status Report setting forth the following:

1. The status of the Parties' compliance with any existing Scheduling Order;

2. The status of fact and expert discovery;

3. Whether the parties anticipate filing dispositive motions and, if so, the earliest date on which such motions can be filed;

4. The status of any settlement efforts;

5. The earliest date the case will be ready for trial; and

6. Any matters that should be brought to the Court's attention to ensure the efficient disposition of this case.

**IT IS SO ORDERED.**

BY THE COURT:

  /s/ John Milton Younge
Judge John Milton Younge